In the Matter of the Estate of WILLIAM KASSEBOHM, Deceased. EMMA S. KASSEBOHM, as Administratrix of the Estate of WILLIAM KASSEBOHM, Deceased, Appellant; ALFRED J. JENNINGS, Respondent.—

Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ., concur.